UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | | CASE NO. 04-cr-23 |
| CHRISTOPHER A GARNER | * | USM NO. 28754-034 |

Date of Previous Judgment: Nov. 4, 2010          Defendant's Attorney: Samantha Kuhn

### ORDER FOR SENTENCE REDUCTION
### PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed: Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:

☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __48 months__ **as to count(s)** __1 and 2__ **is reduced to** __24 months__.

☐ DEFERRED pending supplemental briefing and/or a hearing.

☐ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is __24 months__.

The defendant's term of supervised release:
☒ REMAINS as previously ordered.
☐ is REDUCED to _____.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

Prior Statutory Minimum: N/A              Amended Statutory Minimum: N/A
Prior Guideline Range: Maximum 36 months re Counts 1 and 2       Amended Guideline Range: Maximum 36 mts re Count 1 and 12 mts re Count 2
Prior Sentence: 24 months each on Counts 1 and 2, to run concurrently    Amended Sentence: 12 months each on Counts 1 and 2, to run concurrently
Prior Supervised Release: None as to revocation sentence    Amended Supervised Release: None as to revocation sentence

Comments (if applicable):

Under Section 404 of the First Step Act, the defendant is eligible for a reduction of the sentence imposed in connection with the revocation of his supervised release in Criminal Action No. 04-23 (Rec.Doc. 43). The defendant's revised sentence is 24 months as to all counts. As indicated when the revocation sentence was imposed, this 24-month sentence shall run consecutive to the sentence imposed on the defendant in Orleans Parish Criminal District Court Docket Number 486-543-H.

The Clerk of Court shall terminate the defendant's pending motion (Rec.Doc. 44) in light of this Order.

Except as provided above, all provisions of the judgment dated __Nov. 4, 2010__ shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

__October 5, 2020__                              _____
ORDER DATE                                        UNITED STATES DISTRICT JUDGE